[Nos. 21004-5-II; 21005-3-II; Division Two. August 28, 1997.]
21006-1-II; 21007-0-II; 21008-8-II; 21009-6-II; 21010-0-II.

THE STATE OF WASHINGTON, *Appellant*, v.
JEREMY W. SPENCER, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v.
ROBERT SQUALLY, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v.
TINA L. MINJARES, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v.
BRIAN LESAGE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v.
DOUGLAS SQUALLY, *Respondent*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 96-81162, 96-82657, 96-81766, 96-84340, 96-82649, 96-84358, and 95-819209, Richard D. Hicks, J., entered July 2, 1996. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21090-8-II. Division Two. August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-8-00174-5, William Knebes, J. Pro Tem., entered July 31, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21170-0-II. Division Two. August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
WILLIAM R. LOUNSBURY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-8-00520-1, Leonard W. Kruse, J., entered August 28, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.